NOVEMBER 29, 1965

No. 69661.—Eastman Tag & Label Co. and Harper, Robinson & Co. *v.* United States, protest 62/15657.— Plaintiffs' application for rehearing granted.

BEFORE THE SECOND DIVISION, DECEMBER 6, 1965

No. 69662.—Person & Weidhorn *v.* United States, protests 64/4543, 64/8799, and 64/19868 (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

No. 69663.—Western Pacific Import Company *v.* United States, protest 63/3341 (San Diego).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of battery-operated mixers similar in all material respects to those the subject of Abstract 68674, the claim of the plaintiff was sustained.